Jonathan Zavin (JZ-1846)
Jonathan Neil Strauss (JS-1090)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
212-407-4000

*Attorneys for Plaintiff EuroVu S.A.*
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
EUROVU S.A.,                                      :

               Plaintiff,          :

      -against-                              :

DIRECTV, INC.,                                  :

          Defendant.          :

----------------------------------------------------------X

Civil Action No.
**RULE 7.1 STATEMENT**

RECEIVED
MAR 1 1 2009
U.S.D.C. S.D. N.Y.
CASHIERS

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the judges and magistrate judges of the Southern District of New York to evaluate possible disqualification or recusal, the undersigned attorneys of record for Plaintiff Eurovu, S.A. certify that the said Plaintiff has no parents, subsidiaries, or affiliates that are publicly held.

Dated: New York, New York
March 11, 2009

LOEB & LOEB LLP

By:_____

Jonathan Zavin (JZ-1846)
Jonathan Neil Strauss (JS-1090)
345 Park Avenue
New York, New York 10154-1895
(212) 407-4000

*Attorneys for Plaintiff EuroVu S.A.*

2